Formatted for Electronic Distribution                                                        Not for Publication

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

In re:

    **MEGAN MAPLE a/k/a**                        Chapter 13 Case
    **MEGAN MELCHER-MILLER,**                   # 07-10820
        Debtor.

_____

Filed & Entered
On Docket
August 11, 2008

*Appearances:*    *David W. Lynch, Esq.*        *Gail E. Westgate, Esq.*
                *Colchester, Vt.*              *Primmer Piper Eggleston & Cramer*
                *For the Debtor*              *Burlington, Vt.*
                                                        *For the Creditor*

*AMENDED\* ORDER*
DETERMINING VALUE OF COLLATERAL
AND SETTING DATES FOR THE FILING OF AN AMENDED PLAN AND
THE CONTINUED CONFIRMATION HEARING

For the reasons set forth in the *Amended* Memorandum of Decision of even date,

IT IS HEREBY ORDERED that the value of the collateral securing the claim of Opportunities Credit Union (the "Creditor") is **forty-seven thousand two hundred forty-seven dollars ($47,247)**;

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 506(a)(1), the Creditor holds a secured claim in the amount of **$47, 247** and the balance of its claim is unsecured for purposes of this bankruptcy case;

IT IS FURTHER ORDERED that the Debtor shall file an Amended Plan consistent with the determinations made in the Amended Memorandum of Decision dated August 11, 2008 and with 11 U.S.C. §§ 1322, 1325(a)(5), **by August 15, 2008**; and

IT IS FURTHER ORDERED that the confirmation hearing is continued until **September 4, 2008 at 2:30 P.M.** in Burlington, Vermont.

**SO ORDERED.**

August 11, 2008                                                                 Colleen A. Brown
Rutland, Vermont                                                    United States Bankruptcy Judge

_____

\*    This Order is amended solely to correct the valuation figure to reflect inclusion of the concrete slab that was inadvertently omitted from the calculation in the Oder dated August 8, 2008; and to extend the due date of the Amended Plan by one day (in recognition of this change).